IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00956-RPM-MJW

MICHAEL PUCKETT,

    Plaintiff,

v.

WESTERN CONTROL SERVICES, INC., a Colorado corporation, and
NICHOLAS H. SCHAEFER,

    Defendant(s).

---

ORDER AMENDING CAPTION AND PLEADINGS
( Docket No. 15 )

---

THE COURT having reviewed the Unopposed Motion to Amend Caption and Pleadings and being fully advised in the premises, DOES HEREBY ORDER that the Caption and Pleadings are amended to reflect the true name of Defendants John Doe and Derrick Doe to Nicholas H. Schaefer.

BY THE COURT:

October 3, 2005
DATE

~~HONORABLE RICHARD P. MATSCH~~
~~UNITED STATES DISTRICT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE