IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00956-RPM-MJW

MICHAEL PUCKETT,

        Plaintiff,

v.

WESTERN CONTROL SERVICES, INC.,
a Colorado corporation, and
NICHOLAS H. SCHAEFER,

        Defendants.
_____

ORDER FOR SUPPLEMENTAL PRETRIAL CONFERENCE
_____

      Upon review of the file in this case and the Final Pretrial Order entered by Magistrate Judge Watanabe on August 8, 2006, it is necessary to convene a supplemental pretrial conference to discuss questions to be answered before the case is set for a jury trial. The particular questions are these:

      1. Is Nicholas H. Schaefer the person who had telephone communications with the plainitff and his wife?

      2. What is the difference between the plaintiff's claim for invasion of privacy in the third claim for relief identified as "Count III" and the extreme and outrageous conduct claim in the claim identified as "Count IV"?

      3. What are the elements of the plaintiff's claim for non-statutory damages of $20,000?

      4. What constitutes a factual basis for the affirmative defenses identified in the

pretrial order other than the bona fide error defense under 15 U.S.C. § 1692k(c)?

To answer these questions and also discuss other matters relating to the conduct of the trial, it is

ORDERED that a supplemental pretrial conference shall be convened on **August 30, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 15th , 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge