IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00956-RPM-MJW

MICHAEL PUCKETT,

        Plaintiff,

v.

WESTERN CONTROL SERVICES, INC.,
a Colorado corporation, and
NICHOLAS H. SCHAEFER,

        Defendants.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the supplemental pretrial conference convened today, it is

ORDERED that this matter is set for trial to jury on **January 16, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: August 30th, 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge