**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00956-RPM-MJW

MICHAEL PUCKETT,

       Plaintiff,

v.

WESTERN CONTROL SERVICES, INC., a Colorado corporation, and
NICHOLAS H. SCHAEFER,

       Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: March 21st, 2007

       BY THE COURT:

       s/Richard P. Matsch

       _____
       U.S. DISTRICT JUDGE